IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30003 |
| | ) | |
| PAUL F. ENGEL, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court on Defendant Paul F. Engel's (Engel) sentencing hearing, held August 5, 2005.  Defendant Engel was present in person and through his counsel, United States Public Defender Douglas Beevers.  The Government was present through Assistant United States Attorney Gregory Gilmore.  On April 1, 2005, Engel entered an open plea of guilty to the offense of Possession of a Firearm by a Convicted Felon (Count 1), in violation of 18 U.S.C. § 922(g)(1).

The Court received a Second Revised Presentence Report (PSR), dated July 26, 2005, and a Third Addendum to the PSR, dated August 3, 2005, both prepared by the United States Probation Office (USPO).  The Court

1

also received the Defendant's Sentencing Memorandum (d/e 10).  Neither the Government nor Defendant Engel objected to the PSR.  Accordingly, the Court accepted the PSR as written and adopted its findings.

Defendant Engel had a base offense level of 20.  U.S.S.G. § 2K2.1(a)(4)(A).  Defendant Engel also qualified for a three-level downward adjustment for acceptance of responsibility. U.S.S.G. § 3E1.1. Accordingly, Defendant Engel's final offense level for Count 1 was 17.  Defendant Engel had 8 criminal history points, which placed him in criminal history Category IV.  An offense level of 17 and criminal history Category IV called for a sentence of 37-46 months imprisonment, which was in Zone D of the Guideline range.[1]

Defendant Engel's counsel argued that the Court should reduce Defendant Engel's sentence below the Guideline range due to his successful completion of alcoholic treatment.  In support, the Court heard the testimony of Christine French, Defendant Engel's addiction counselor, and received numerous letters from those familiar with Defendant Engel.

THEREFORE, after considering the case file, the PSR, the statements

---

[1] The Court notes that the U.S.S.G. are advisory, pursuant to United States v. Booker, 125 S. Ct. 738 (2005).

of counsel, letters in support of Defendant Engel, Ms. French's testimony, the Defendant's own statement, the applicable sentencing Guidelines, and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court sentenced Defendant Engel to 37 months imprisonment for the reasons stated of record.  Engel was also ordered to pay a $100.00 special assessment, payable to the Clerk of the Court.  No fine was ordered.  Defendant Engel was ordered to serve a period of three years of supervised release after his release from prison.  In accordance with the Defendant's request, the Court allowed Defendant Engel to self-report, and Defendant Engel was ordered to self-report to the facility designated by the Bureau of Prisons, or to the United States Marshals office located at 600 E. Monroe St., Springfield, Illinois, by 12:00 noon on October 3, 2005.  Appeal admonishments were given.

IT IS THEREFORE SO ORDERED.

ENTER:  August 9, 2005.

        FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE